121 P.3d 937

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 28, 2005**

| 26656 | Doe, In re | Affirmed |
|-------|------------|----------|
| 26243, 26244, 26245, 26246 | State v. Adora | Affirmed |

**November 4, 2005**

| 26469 | Kemeny v. Kemeny | Affirmed |
| 26062 | State v. Unciano | Reversed |